1124

No. 12–576. JOHNSON v. BRYANT ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–578. JURIS v. INAMED CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–581. ALLEN v. CLP CORP., DBA MCDONALD'S. C. A. 11th Cir. Certiorari denied.

No. 12–582. KERR v. JOHNS HOPKINS UNIVERSITY. C. A. 4th Cir. Certiorari denied.

No. 12–583. DANENBERG v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 12–587. GRYNBERG ET AL. v. IVANHOE ENERGY, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 12–590. EMERICK v. PRELESNIK, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–591. KOLOSKY v. DAVIS, CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 12–592. MARCAVAGE v. BOROUGH OF LANSDOWNE, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–596. MITRANO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–597. AMERICAN TIMBER & STEEL CO. v. IVEY ET AL. Sup. Ct. Ala. Certiorari denied.

No. 12–598. LFP, INC. v. BALSLEY, AKA BOSLEY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–602. MICHAEL MOTORS CO. INC. v. DEALER COMPUTER SERVICES, INC. C. A. 5th Cir. Certiorari denied.

No. 12–608. KEENAN v. FIRST CALIFORNIA BANK. C. A. 9th Cir. Certiorari denied.